# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 27 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

No. 06-1179

Joe Mendoza,

    Petitioner,

vs.

United States of America,

    Respondent.

On application for Permission to file a Successive Habeas Petition

Before LOKEN, Chief Judge, WOLLMAN and ARNOLD, Circuit Judges.

## JUDGMENT

Mendoza's Petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

March 23, 2006

Order Entered at the Direction of the Court

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit