IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

    v.                 **Case No. CR-99-50015-001**
                        **Case No. CV-00-5167**

**JOE LOUIS MENDOZA**                                                  **DEFENDANT**

### O R D E R

Now on this 8th day of May, 2006, comes on for consideration defendant's **Motion To Preserve Rights** (document #53), where he purports to extend the time when he might someday be able to file a petition pursuant to **28 U.S.C. §2255** until the point when the Supreme Court decision in **U.S. v. Booker, 543 U.S. 220 (2005)** is made retroactive.

This document is not, in the Court's view, a proper motion, inasmuch as it does not seek action by the Court, and the Court will, therefore, deny it as **moot**.

    **IT IS SO ORDERED.**

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**