```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.          Case No. 98-50029-002

JOE LOUIS MENDOZA                                           DEFENDANT

    and

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.          Case No. 99-50015-001

JOE LOUIS MENDOZA                                           DEFENDANT

## **O R D E R**

Mendoza's motion for return of property has been referred to the undersigned. I have reviewed the motion and the government's response. On or before **June 9, 2006,** the United States is to file an amended response with relevant facts and applicable law. The United States is to explain why the property was retained by the government rather than returned and whether the property was involved in a forfeiture proceeding. The United States is also to state its position regarding the timeliness of the petition.

SO ORDERED THIS 15TH DAY OF MAY 2006.

 

**/s/ Beverly Stites Jones**
HONORABLE BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE