IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        Crim. No. 98-50029-002

JOE LOUIS MENDOZA                                                          DEFENDANT

and

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        Crim. No. 99-50015-001

JOE LOUIS MENDOZA                                                          DEFENDANT


**O R D E R**

Joe L. Mendoza is hereby ordered to complete, sign, date, and return the attached

questionnaire on or before July 31, 2006. **Failure to respond within the required period of time**

**will subject this matter to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 22nd day of June 2006.


/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE